AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## ORIGINAL
for the
District of Oregon

**UNDER SEAL**

FILED 8 NOV '13 16:17 USDC-ORP

United States of America )
v. )
) Case No. 3:13-cr-00524-01-BR
ALFREDO PENA-LOPEZ, aka Gerionda, et al )
*Defendant* )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Alfredo Pena-Lopez, aka Gerionda,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute or Possess with Intent to Distribute Heroin

Possession with Intent to Distribute Heroin

Date: 11/06/2013

s/P. Scheneman
*Issuing officer's signature*

City and state: Portland, Oregon

P. Scheneman, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11-6-13, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

Arrested By DEA / U.S. Marshal

[signature] Bennett
*Arresting officer's signature*

_____
*Printed name and title*