PAUL M. FERDER
FERDER, CASEBEER, FRENCH & THOMPSON LLP
515 HIGH STREET SE
P. O . BOX 843
SALEM, OR 97308
(503) 585-9197

Of Attorneys for Defendant Alejandro Alvares-Hernandez aka Alfredo Pena-Lopez

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  vs.<br><br>ALEJANDRO ALVARES-HERNADNEZ<br>aka ALFREDO PENA-LOPEZ,<br><br>         Defendant | No.  3:13-CR-00524-BR-1<br><br>NOTICE OF REPRESENTATION |

  Notice is hereby given that Paul M. Ferder of Ferder, Casebeer, French & Thompson, LLP, has been retained to represent the Defendant on the within referenced matter.  All future notices should be directed to this office as attorney of record.

  DATED: December 30, 2013.

               FERDER CASEBEER FRENCH & THOMPSON LLP

               /s/ PAUL M. FERDER
               PAUL M. FERDER
               OSB No. 72087
               Attorney for Defendant

Page 1 – NOTICE OF REPRESENTATION

CERTIFICATE OF MAILING

I hereby certify that I am one of the attorneys for the party stated below, and that I served on:

Thomas H. Edmonds
Assistant U.S. Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902

the foregoing document by placing a true and correct copy thereof, duly certified to be such by me, as such attorney, in a sealed envelope, postage fully prepaid, and depositing the same in the United States Post Office in Salem, Marion County, Oregon, on the date stated below.  Said individual(s) reside or has his/her office at stated address.

DATED: December 30, 2013.

                                                   /s/ PAUL M.. FERDER
                                                   PAUL M. FERDER
                                                   OSB No. 72087
                                                   Of Attorneys for Defendant

Page 2 – NOTICE OF REPRESENTATION